**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6144**

WILLIAM DOUGLAS HAMPTON,

Plaintiff - Appellant,

v.

FEDERAL CORRECTIONAL COMPLEX PETERSBURG; ERIC WILSON, Warden; MAURICE DANZEY, Associate Warden; L. HUMPHREY, Recreation Supervisor; R. SPEARS, Education Supervisor; R. HUTCHINGS, Associate Warden; D. DICOCCO, Health Services Administrator; M. REYNOLDS, Director of Psychology; P. HILLETEWORK, Mid-Level Practitioner; S. HARRIS, Legal Administrator; A. LEWIS, Associate Warden; K. KIDDY, Unit A/B Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:15-cv-00318-CMH-TCB)

Submitted: April 25, 2017                    Decided: April 28, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Douglas Hampton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Hampton, a federal prisoner, appeals the district court's order dismissing his declaratory judgment action under 28 U.S.C. § 1915A (2012) for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hampton's informal brief does not challenge the basis for the district court's disposition, Hampton has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny Hampton's motion for declaratory judgment and affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*